IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID STOTLER,** | ) | **CASE NO. 8:04CV409** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **JOHN E. POTTER, POSTMASTER GENERAL,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant John E. Potter's Motion for Extension of Time (Filing No. 52). The motion is not opposed. Accordingly,

IT IS ORDERED:

1. Defendant Potter's Motion for Extension of Time (Filing No. 52) is granted;

2. Defendant Potter shall reply to the Plaintiff's brief in opposition to the Defendant's dispositive motion on or before Tuesday, November 8, 2005.

DATED this 24th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge