IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID STOTLER, | Case Number:  8:04CV409 |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

The Clerk's office has received a Consent to Exercise of Jurisdiction by a United States Magistrate Judge form signed by all parties.  Accordingly,

IT IS ORDERED that this case is reassigned to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 6th day of December, 2005.

BY THE COURT:


**s/ Joseph F. Bataillon, Chief Judge**
United States District Court