**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **DAVID STOTLER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **UNITED STATES POSTAL SERVICE,** ) <br> ) <br> Defendant. ) | **8:04CV409** <br><br> **SCHEDULING ORDER** |

This matter is before the court following consent of the parties and the reassignment of this case from District Judge Laurie Smith Camp to the undersigned magistrate judge. The final pretrial and trial dates previously set may need to be rescheduled. Therefore,

**IT IS ORDERED:** A status conference hearing will be held on **Thursday, December 15, 2005 at 2:30 p.m.,** by telephone conference call initiated by the court.

Dated this 9th day of December 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge