## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID STOTLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CV409** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion to reschedule the final pretrial and trial dates.  After consulting with counsel,

**IT IS ORDERED:**

1.  The final pretrial conference set for March 28, 2006 is rescheduled to **Monday, April 17, 2006 at 1:30 p.m.**, in the chambers of the undersigned magistrate judge.

2.  The Non-Jury trial set for April 4-7, 2006 is rescheduled to begin **Tuesday, April 25, 2006 at 8:30 a.m.,** in Courtroom 6, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, before the undersigned.

3.  All other deadlines set out in the Amended Final Progression Order (#61) shall remain unchanged.

Dated this 4th day of January 2006.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge